

# Missouri Court of Appeals
## Southern District

## JANUARY 24, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD32768

      Re:    JENNIFER THOMAS,
             Claimant-Respondent,
             vs.
             FORSYTH CARE CENTER,
             Employer-Appellant,
             and
             MISSOURI NURSING HOME
             INSURANCE TRUST, Insurer-Appellant.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32579

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             JAMES A. KIMMEL-TAYLOR,
             Defendant-Appellant.